UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Jalesha Johnson, Louise Bequeaith, Brad Penna, Brandi Ramus, and Haley Jo Dikkers,<br><br>                Plaintiffs,<br>        v.<br><br>Stephan K. Bayens, Commissioner of the Iowa Department of Public Safety, *in his official and individual capacities*, Lieutenant Steve Lawrence, Iowa State Patrol District 16 Commander, *in his official and individual capacities*, and Sergeant Tyson Underwood, Assistant District 16 Commander, *in his individual capacity*, Iowa State Patrol Trooper Durk Pearston (Badge Number 168), *in his individual capacity*, and Iowa State Patrol Trooper John Doe #1, *in his individual capacity*.<br><br>                Defendants. | Docket No. 20-306<br><br><br>**Plaintiffs' Motion<br>for a Preliminary Injunction**<br><br>EXPEDITED RELIEF REQUESTED |

Plaintiffs move for a preliminary injunction pursuant to Fed. R. Civ. P. Rule 65 to prevent further irreparable injury pending a final adjudication of this action.

As set forth in the accompanying Brief in Support of Plaintiff's Motion for a Preliminary Injunction, Plaintiffs are likely to succeed on their claim challenging the bans as unconstitutional prior restraints on First Amendment rights; they are suffering continuing irreparable injury; and the balance of the equities weighs in Plaintiffs' favor.

This Motion is supported by the accompanying Brief in Support of Plaintiff' Motion for a Preliminary Injunction and the Declarations of Plaintiffs, attached to this Motion, as well as all attachments and exhibits thereto.

Dated this 5th day of October, 2020

                                                      Respectfully submitted:

/s/ Rita Bettis Austen
Rita Bettis Austen, AT0011558
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 207-0567
Fax: (515) 243-8506
Email: Rita.Bettis@aclu-ia.org

/s/ Shefali Aurora
Shefali Aurora, AT0012874
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 243-3988
Fax: (515) 243-8506
Email: Shefali.Aurora@aclu-ia.org

/s/Glen S. Downey
Glen S. Downey, AT0012428
The Law Offices of Glen S. Downey, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Telephone: (412) 865-7110
Fax: (515) 259-7599
Email: glen@downey-law.net

/s/ Nathan A. Mundy
Nathan A. Mundy, AT0009065
Mundy Law Office, P.C.
317 6th Ave., Suite 1300
Des Moines, IA 50309
Ph: (515)288-1552
Fax: (515) 598-7591
Email: nathan@mundylawdsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

The foregoing paper will also be served along with the Complaint and Summons to all Defendants.

Date: October 5, 2020

/s/Rita Bettis Austen<br>
Rita Bettis Austen