IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JALESHA JOHNSON, LOUISE BEQUEAITH, BRAD PENNA, BRANDI RAMUS, AND HALEY JO DIKKERS,<br><br>PLAINTIFFS,<br><br>v.<br><br>STEPHEN K. BAYENS, COMMISSIONER OF THE IOWA DEPARTMENT OF PUBLIC SAFETY, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, LIEUTENANT STEVE LAWRENCE, IOWA STATE PATROL DISTRICT 16 COMMANDER, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, SERGEANT TYSON UNDERWOOD, ASSISTANT DISTRICT 16 COMMANDER, IN HIS INDIVIDUAL CAPACITY, IOWA STATE PATROL TROOPER DURK PEARSTON (BADGE NO. 168), IN HIS INDIVIDUAL CAPACITY, AND IOWA STATE PATROL TROOPER JOHN DOE #1, IN HIS INDIVIDUAL CAPACITY,<br><br>DEFENDANTS. | Case No. 4:20-cv-00306<br><br><br><br><br><br>**DEFENDANTS' RESISTANCE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Defendants hereby resist Plaintiffs' Motion for Preliminary Injunction and in support of their resistance, state:

1. Plaintiffs are not entitled to a preliminary injunction because they have failed to meet their burden under the four-part *Dataphase* test.

2. First, Plaintiffs are not likely to succeed on the merits.

3. Second, Plaintiffs will not suffer irreparable harm if the Court does not enter a preliminary injunction.

4. Third, the balance of the equities favors the Court denying Plaintiffs a preliminary injunction.

5. The public interest favors the Court denying Plaintiffs a preliminary injunction.

6. Contemporaneously herewith, the Defendants have filed a brief in support of their resistance to Plaintiffs' Motion for Preliminary Injunction.

WHEREFORE, Defendants respectfully request that the Court deny Plaintiffs' Motion for Preliminary Injunction.

    Respectfully submitted,

    THOMAS J. MILLER
    IOWA ATTORNEY GENERAL

    /s/ *Jeffrey C. Peterzalek*
    JEFFREY C. PETERZALEK   AT0006274
    Assistant Attorney General

    */s/ Anagha Dixit*
    ANAGHA DIXIT   AT0013042
    Assistant Attorney General
    1305 East Walnut St., 2nd Fl.
    Des Moines, Iowa  50319
    Ph: (515) 281-4213; (515) 281-5478
    Email:  Jeffrey.Peterzalek@ag.iowa.gov
    Email:  Anagha.Dixit@ag.iowa.gov
    ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served upon all counsel of record via CM/ECF on this 28th day of October, 2020, at the following email addresses:

  Shefali_Aurora@aclu-ia.org
  glen@downey-law.net
  nathan@mundylawdsm.com

    */s/ Rhonda L. Parr*