## EXHIBIT 3

**Video 1** – **YouTube** clip showing activity inside Capitol, exiting outside to Capitol grounds and including Plaintiff Jalesha Johnson and numerous other unidentified people.

CD delivered to Judge Rebecca Goodgame Ebinger's chambers.