# EXHIBIT 4

**Video 2 – Cell Phone** clip showing events on Capitol grounds.

CD delivered to Judge Rebecca Goodgame Ebinger's chambers.