# EXHIBIT 5

**Video 3** – **Iowa State Patrol** clip showing events on Capitol grounds and including Plaintiff Jalesha Johnson and Brandi Ramus and other unidentified persons.

CD delivered to Judge Rebecca Goodgame Ebinger's chambers.