# EXHIBIT 6

**Video 4** – **Trim** clip showing inside Capitol and exiting to Capitol grounds and including Plaintiff Jalesha Johnson and other unidentified persons.

CD delivered to Judge Rebecca Goodgame Ebinger's chambers.