**IN THE IOWA DISTRICT COURT IN AND FOR**
**POLK COUNTY**

This Complaint and Affidavit is to be:

☐ Filed with Court Clerk (cc: CA)
☒ Submitted to County Attorney
☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: 20200017797
Arrest Date: 07/01/2020

## THE STATE OF IOWA
vs.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| JOHNSON | JALESHA | JANAE | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | DES MOINES | IA | 50320 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | IA | | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| | FEMALE | BLACK - B | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 5' 04" | | BROWN - BRO | BLACK - BLK |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ☒ | ☒ | ☒ | 719.1(1)(B) | INTERFERENCE WITH OFFICIAL ACTS | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| SMMS | ☒ | ☒ | ☒ | ☒ |

Location Type:

Literal Description:

| Address | City | State | Zip Code |
|---|---|---|---|
| 1007 E GRAND AVE | DES MOINES | IA | 50309 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 07/01/2020 | | 13:30 | |

### STATUS OF OFFENDER/JUVENILE

| ☒ TAKEN INTO CUSTODY | CUSTODY<br>1 - JAILED | ☒ SUMMONS TO APPEAR<br>(Citation Issued) |
|---|---|---|
| ☒ WARRANT REQUESTED | ☒ NO CONTACT ORDER REQUESTED | ☒ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

knowingly resist or obstruct _OfficerStarrett_, known to be a peace officer, emergency medical care provider or fire fighter, or a person performing bailiff duties pursuant to section 602.1303, subsection 4 in the performance of his or her lawful duty

### AFFIDAVIT

STATE OF IOWA,     POLK COUNTY

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime

Def was told by uniformed Police Officers multiple times to stop interfering while they tried to make an arrest of an individual. Def wrapped her arms around the individual Officers were trying to arrest to stop Officers. They advised her multiple times to let go and she refused. Trooper Starrett from ISP can testify to this incident.

CHAPLINE, DUSTY    5119
Signature of Complainant or Officer, Officer Name & Number

**EXHIBIT 7**

**GENERAL PROBABLE CAUSE**

| Defendant Implicated |
|---|
| 02 - CAUGHT IN ACT, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME |

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,**     **POLK COUNTY**

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 07/01/2020

| | |
|---|---|
| Notary Name | CHAD M NICOLINO |
| Commission Number | 781088 |
| My Commission Expires | 11/01/2022 |

Signature of Verifying Party

☐ Peace Officer   ☐ Notary   ☐ Prosecuting Attorney

(Notarial Seal — Iowa)