IN THE IOWA DISTRICT COURT IN AND FOR
POLK COUNTY

This Complaint and Affidavit is to be:
- ☐ Filed with Court Clerk (cc: CA)
- ☒ Submitted to County Attorney
- ☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: **20200017797**
Arrest Date: **07/01/2020**

## THE STATE OF IOWA
vs.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| BEQUEAITH | LOUISE | DOROTHY | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | DES MOINES | IA | 50311 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | IA | C | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| | FEMALE | WHITE - W | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 5' 06" | 120 LBS | BLUE - BLU | BLONDE OR STRAWBERRY - BLN |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | 723.4(1) | DISORDERLY CONDUCT - FIGHTING OR VIOLENT BEHAVIOR | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| SMMS | ■ | ■ | ■ | ■ |

Location Type: **11 - GOVERNMENT/PUBLIC BUILDING**

Literal Description: **1007 EAST GRAND AVENUE**

| Address | City | State | Zip Code |
|---|---|---|---|
| 1007 EAST GRAND AVENUE | DES MOINES | IA | 50309 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 07/01/2020 | | 14:15 | |

### STATUS OF OFFENDER/JUVENILE

- ■ TAKEN INTO CUSTODY
- ☐ CUSTODY
- ■ SUMMONS TO APPEAR (Citation Issued)
- ■ WARRANT REQUESTED
- ☐ NO CONTACT ORDER REQUESTED
- ■ RELEASED TO PARENT/GUARDIAN

### NARRATIVE

Narrative of Offense Committed
On or about the above stated date and time, the Defendant did

On July 1, 2020, the defendant did engage in fighting or violent behavior in a public place or while in or near a lawful assembly of persons. DMPD Officer Carney did observe the defendant running after a uniform patrol officer who was dealing with another individual being arrested, while yelling curse words directed towards the officer.

### AFFIDAVIT

STATE OF IOWA,      POLK COUNTY

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime.

State all facts and persons relied upon supporting elements of alleged crime

On July 1, 2020, the defendant did engage in fighting or violent behavior in a public place or while in or near a lawful assembly of persons. DMPD Officer Carney did observe the defendant running after a uniform patrol officer who was dealing with another individual being arrested, while yelling curse words directed towards the officer

SHOFF-SALSBERY, EMILY  5115
Signature of Complainant or Officer, Officer Name & Number

Printed At DES MOINES POLICE DEPARTMENT    7/1/2020    5:17 PM    Page 1 of 2    Form #: 20200017797

EXHIBIT 8

**GENERAL PROBABLE CAUSE**

| Defendant Implicated |
|---|
| 02 - CAUGHT IN ACT, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME |

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA, POLK COUNTY**

| | | |
|---|---|---|
| NOTARIAL SEAL IOWA | Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 07/01/2020 | Signature of Verifying Party |
| | Notary Name **B. R. KRESS** | *BRK* |
| | Commission Number 766160 | |
| | My Commission Expires 01/07/2023 | ■ Peace Officer   ■ Notary   ■ Prosecuting Attorney |