IN THE IOWA DISTRICT COURT IN AND FOR
POLK COUNTY

This Complaint and Affidavit is to be:

☐ Filed with Court Clerk (cc: CA)
☒ Submitted to County Attorney
☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: **20200017797**
Arrest Date: **07/01/2020**

## THE STATE OF IOWA

vs.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| PENNA | BRADLEY | CHRISTOPHER | |

| Address | City | State | Zip Code |
|---|---|---|---|
|  | DES MOINES | IA | 50313 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
|  | IA | C |  |  |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
|  | MALE | WHITE - W | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 5' 10" | 160 LBS | BROWN - BRO | BROWN - BRO |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | 708.3A(3) | ASSAULT ON PERSONS IN CERTAIN OCCUPATIONS - BODILY IN | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| AGMS | ■ | ■ | ■ | ■ |

| Location Type |
|---|
| 11 - GOVERNMENT/PUBLIC BUILDING |

| Literal Description |
|---|
| 1003 E GRAND AVE |

| Address | City | State | Zip Code |
|---|---|---|---|
| 1003 E GRAND AVE | DES MOINES | IA | 50317 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 07/01/2020 |  | 14:00 |  |

### STATUS OF OFFENDER/JUVENILE

| ■ TAKEN INTO CUSTODY | CUSTODY 1 - JAILED | ■ SUMMONS TO APPEAR (Citation issued) |
|---|---|---|
| ■ WARRANT REQUESTED | ■ NO CONTACT ORDER REQUESTED | ■ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

assault Peter Wilson, a peace officer, jailer, correctional staff, member or employee of board of parole, health care provider, employee of the department of human services or firefighter, knowing that ___ was a peace officer, jailer, correctional staff, member or employee of board of parole, health care provider, employee of the department of human services or firefighter, causing bodily injury or disabling mental illness

### VICTIM INFORMATION (Optionally displayed, especially if NCO is requested)

| Last | First | Middle | Suffix |
|---|---|---|---|
| WILSON | PETER |  |  |

| Business/Organization/State/County/Municipality Name |
|---|
|  |

| Address | City | State | Zip |
|---|---|---|---|
| 25 E 1ST ST | DES MOINES | IA | 50309 |

**EXHIBIT 9**

AFFIDAVIT

**STATE OF IOWA,         POLK COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime

Des Moines Police Officer Peter Wilson #5100 was working in his official capacity and was assisting on an arrest of a person with a felony warrant (Jasmine Johnson 05/06/01, DMPD case 20-16624). As Officer Wilson was escorting the Jasmine to the wagon for transport, another person interfered and was subsequently arrested for Interference with Official Acts (Matthew Bruce 12/29/95). Matthew Bruce began resisting arrest and a large crowd converged on officers, including Officer Wilson. As Officer Jeffrey George was attempting to arrest Bruce, Indira Sheumaker 05/28/94 got on his back and had Officer George in a rear choke hold. Officer Wilson pulled Indira off of Officer George and told her she was under arrest. Multiple people from the crowd, including Bradley Penna, started pulling at the arms and legs of Officer Wilson in attempt stop him from arresting Indira Sheumaker. During this incident Officer Wilson sustained multiple scrapes and bruises to his hands and arms. Officer Wilson also sustained a hurt wrist, described as a minor sprain. Officer Wilson did identify Penna as one of the people who assaulted him.

_Peter_                                                         WILSON, PETER    5100

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

Defendant Implicated
02 - CAUGHT IN ACT, 07 - IDENTIFIED BY WITNESSES, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME, 13 - CAUSED PERSONAL INJURY, 14 - OTHER PHYSICAL EVIDENCE

| Operating Motor Vehicle in County | Other Physical Evidence<br>BODY CAMERA | Attempted To Inflict Injury |
|---|---|---|

**STATE OF IOWA,         POLK COUNTY**

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 07/01/2020

Notary Name         CHAD M NICOLINO          Signature of Verifying Party

Commission Number   781088

My Commission Expires  11/01/2022

■ Peace Officer    ■ Notary    ■ Prosecuting Attorney

[NOTARIAL SEAL — IOWA]