# IN THE IOWA DISTRICT COURT IN AND FOR
## POLK COUNTY

This Complaint and Affidavit is to be:

[ ] Filed with Court Clerk (cc: CA)

[X] Submitted to County Attorney

[ ] Filed with JCO - Defendant is a Juvenile

Agency Case Number: **20200017797**

Arrest Date: **07/01/2020**

## THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| RAMUS | BRANDI | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | DES MOINES | IA | 50312 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | IA | | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| | FEMALE | WHITE - W | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 5' 00" | 105 LBS | BLUE - BLU | BLONDE OR STRAWBERRY - BLN |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | In | Zone |
|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | 719.1(1)(B) | INTERFERENCE WITH OFFICIAL ACTS | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| SMMS | ■ | ■ | ■ | ■ |

**Location Type**
11 - GOVERNMENT/PUBLIC BUILDING

**Literal Description**
OFF ROADWAY/ROADWAY NOT FOUND MEASURING 451 FEET SOUTH FROM E GRAND AVE AND STATE CAPITOL COMPLEX

| Address | City | State | Zip Code |
|---|---|---|---|
| 1007 E GRAND AVE | DES MOINES | IA | 50309 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 07/01/2020 | | 13:30 | |

### STATUS OF OFFENDER/JUVENILE

| ■ TAKEN INTO CUSTODY | CUSTODY 1 - JAILED | ■ SUMMONS TO APPEAR (Citation Issued) |
|---|---|---|
| ■ WARRANT REQUESTED | ■ NO CONTACT ORDER REQUESTED | ■ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

knowingly resist or obstruct DMPD Officer Lu 5132, known to be a peace officer, emergency medical care provider or fire fighter, or a person performing bailiff duties pursuant to section 602.1303, subsection 4 in the performance of his or her lawful duty

## AFFIDAVIT

**STATE OF IOWA,          POLK COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime

Defendant was ordered to stand back from a group officers arresting individuals. She then attempted to walk towards a group of officers making an arrest even while physically restrained by officers to stay back. She then resisted officers while we ordered her to placed her hands behind her back. She was arrested for interference of official acts and transported to PCJ by the wagon.

DMPD Lu 5132
Witness: DMPD LT. LEO 4856, DMPD J Quinn 5084

LU, XIAOTIAN          5132
Signature of Complainant or Officer, Officer Name & Number

**EXHIBIT 10**

**GENERAL PROBABLE CAUSE**

| Defendant Implicated |
|---|
| **02 - CAUGHT IN ACT, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME** |

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,**        **POLK COUNTY**

| | Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on  07/01/2020 | |
|---|---|---|
| NOTARIAL SEAL IOWA | Notary Name        **CHAD M NICOLINO** | Signature of Verifying Party |
| | Commission Number        **781088** | |
| | My Commission Expires        **11/01/2022** | ☐ Peace Officer   ☐ Notary   ☐ Prosecuting Attorney |