**IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY**

This Complaint and Affidavit is to be:
- ☐ Filed with Court Clerk (cc: CA)
- ☒ Submitted to County Attorney
- ☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: **20200017797**
Arrest Date: **07/01/2020**

**THE STATE OF IOWA**

vs.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| DIKKERS | HALEY | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | DES MOINES | IA | 50309 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | IA | O | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| | FEMALE | WHITE - W | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 5' 07" | 120 LBS | BLUE - BLU | BLONDE OR STRAWBERRY - BLN |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ☒ | ☒ | ☒ | 719.1(1)(B) | INTERFERENCE WITH OFFICIAL ACTS | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| SMMS | ☒ | ☒ | ☒ | ☒ |

Location Type: **11 - GOVERNMENT/PUBLIC BUILDING**
Literal Description: **STATE CAPITOL**

| Address | City | State | Zip Code |
|---|---|---|---|
| 1000 E GRAND AVE | DES MOINES | IA | 50309 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 07/01/2020 | | 13:30 | |

### STATUS OF OFFENDER/JUVENILE

| ☒ TAKEN INTO CUSTODY | CUSTODY<br>1 - JAILED | ☒ SUMMONS TO APPEAR<br>(Citation Issued) |
|---|---|---|
| ☒ WARRANT REQUESTED | ☒ NO CONTACT ORDER REQUESTED | ☒ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed
On or about the above stated date and time, the Defendant did
knowingly resist or obstruct __DES MOINES POLICE AND IOWA STATE PATROL__, known to be a peace officer, emergency medical care provider or fire fighter, or a person performing bailiff duties pursuant to section 602.1303, subsection 4 in the performance of his or her lawful duty

### AFFIDAVIT

**STATE OF IOWA,      POLK COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime
HALEY DIKKERS DID INTERFERE DURING AN ARREST AND TOOK THE PROPERTY OF ANOTHER ARRESTEE. HALEY REFUSED TO PROVIDE THE PROPERTY OF THAT ARRESTEE SO HALEY WAS TAKEN INTO CUSTODY FOR INTERFERENCE WITH OFFICIAL ACTS.

CHAREUNSAB, RYAN    5152
Signature of Complainant or Officer, Officer Name & Number

**EXHIBIT 11**

**GENERAL PROBABLE CAUSE**

| Defendant Implicated |
|---|
| 02 - CAUGHT IN ACT, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME |

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,    POLK COUNTY**

NOTARIAL SEAL IOWA

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 07/01/2020

| Notary Name | CHAD M NICOLINO | Signature of Verifying Party |
|---|---|---|
| Commission Number | 781088 | *[signature]* |
| My Commission Expires | 11/01/2022 | ■ Peace Officer   ■ Notary   ■ Prosecuting Attorney |