UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Jalesha Johnson et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Stephan K. Bayens et al.,.<br><br>　　　　Defendants. | Docket No. 4:20-cv-306<br><br>**Plaintiffs' Notice of Amendment to Complaint as a Matter of Course** |

COME NOW Plaintiffs, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and provide this Notice to the Court and Defendants of Plaintiffs' First Amendment to the Complaint as a Matter of Course:

1.　　Rule 15(a)(1)(B) provides that "A party may amend its pleading once as a matter of course . . . if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading". Fed. R. Civ. Pro. 15(a)(1)(B).

2.　　Defendants' filed their Answer on December 2, 2020. Therefore, Plaintiffs are within the deadline of December 23, 2020 to amend their Complaint as a matter of course.

3.　　Defendants' counsel has identified State Trooper John Doe #1 as Durk Pearston to Plaintiffs' counsel. Trooper Pearston is an existing named Defendant in this matter, who has already waived service, and filed his previous Answer, along with all other Defendants, on December 2, 2020. Plaintiffs therefore amend simply to replace references to John Doe #1 with Trooper Pearston.

4.　　For the convenience of the Court and the Defendants, a red-lined copy of the Amended Complaint is attached to this Notice.

Respectfully submitted:

/s/ Rita Bettis Austen
Rita Bettis Austen, AT0011558
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 207-0567
Fax: (515) 243-8506
Email: Rita.Bettis@aclu-ia.org

Shefali Aurora, AT0012874
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 243-3988
Fax: (515) 243-8506
Email: Shefali.Aurora@aclu-ia.org

Glen S. Downey, AT0012428
The Law Offices of Glen S. Downey, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Telephone: (412) 865-7110
Fax: (515) 259-7599
Email: glen@downey-law.net

Nathan A. Mundy, AT0009065
Mundy Law Office, P.C.
317 6th Ave., Suite 1300
Des Moines, IA 50309
Ph: (515)288-1552
Fax: (515) 598-7591
Email: nathan@mundylawdsm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

Date: December 15, 2020

/s/Rita Bettis Austen
 Rita Bettis Austen