UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Jalesha Johnson et al.,<br><br>         Plaintiffs,<br><br>     v.<br><br>Stephan K. Bayens et al.,<br><br>         Defendants. | Docket No. 4:20-cv-306<br><br>**JOINT<br>AGENDA FOR UPCOMING STATUS<br>CONFERENCE** |

**COME NOW** all Parties, and in compliance with this Court's December 21, 2020 Order Adopting Scheduling Order and Discovery Plan, provide the following Joint Agenda to the Court ahead of their next Status Conference, scheduled for 6/8/2021 at 9:30 AM via a Phone Hearing:

1. Plaintiffs wish to discuss matters related to production of discovery in this case.

2. Defendants have no additional items to discuss.

Dated this 7th day of June, 2021.

                        Respectfully submitted:

                        /s/ Rita Bettis Austen
                        Rita Bettis Austen, AT0011558
                        ACLU of Iowa Foundation, Inc.
                        505 Fifth Ave., Ste. 808
                        Des Moines, IA 50309–2317
                        Telephone:  (515) 207-0567
                        Fax: (515) 243-8506
                        Email:  Rita.Bettis@aclu-ia.org

                        /s/ Shefali Aurora
                        Shefali Aurora, AT0012874

ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 243-3988
Fax: (515) 243-8506
Email: Shefali.Aurora@aclu-ia.org

/s/Glen S. Downey
Glen S. Downey, AT0012428
The Law Offices of Glen S. Downey, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Telephone: (412) 865-7110
Fax: (515) 259-7599
Email: glen@downey-law.net

/s/ Nathan A. Mundy
Nathan A. Mundy, AT0009065
Mundy Law Office, P.C.
317 6th Ave., Suite 1300
Des Moines, IA 50309
Ph: (515)288-1552
Fax: (515) 598-7591
Email: nathan@mundylawdsm.com

THOMAS J. MILLER
IOWA ATTORNEY GENERAL

/s/ *Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK   AT0006274
Assistant Attorney General

*/s/ Anagha Dixit*
ANAGHA DIXIT   AT0013042
Assistant Attorney General

1305 East Walnut St., 2nd Fl.
Des Moines, Iowa 50319
Ph: (515) 281-4213; (515) 281-5478
Email: Jeffrey.Peterzalek@ag.iowa.gov
Email: Anagha.Dixit@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

Date: June 7, 2021

/s/Rita Bettis Austen
  Rita Bettis Austen