UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **JALESHA JOHNSON ET AL.,** <br><br> Plaintiffs, <br> v. <br><br> **STEPHAN K. BAYENS ET AL.,** <br><br> Defendants. | No. 4:20-cv-306 <br><br> **STIPULATED DISMISSAL MOTION TO ADOPT SETTLEMENT AGREEMENT** |

COME NOW Plaintiffs, and, pursuant to Rule 41(a)(ii), move for an Order dismissing this Action and adopting the Settlement Agreement (attached as Exhibit A) which the parties executed on June 15, 2021 and which was approved by the State Appeal Board on August 2, 2021, for the following reasons:

1. In accordance with the agreement, Defendants do not oppose the motion.

2. The Settlement Agreement is fair, reasonable, and adequate. *See, e.g., N.E. Citizens for Clean Water v. AgriProcesseors, Inc.,* 469 F.Supp. 2d 666, 672 (N.D. Iowa 2006); *ProBLAC et al. v. City of Omaha et al.*, 8:20-cv-00400 Docket #48 (D. Neb. Jan. 8, 2021) (Order Approving and Adopting Settlement Agreement).

WHEREFORE, Plaintiffs request an Order:

a. Approving and adopting the Settlement Agreement and incorporating it into the Order of this Court as appropriate;

b. Retaining jurisdiction to enforce its terms in accordance with the Settlement Agreement; and

c. Dismissing Plaintiffs' claims in accordance with the Settlement Agreement.

Dated this 2nd day of August, 2021.

    Respectfully submitted:

/s/ Rita Bettis Austen
Rita Bettis Austen, AT0011558
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone:  (515) 207-0567
Fax: (515) 243-8506
Email:  Rita.Bettis@aclu-ia.org

/s/ Shefali Aurora
Shefali Aurora, AT0012874
ACLU of Iowa Foundation, Inc.
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 243-3988
Fax: (515) 243-8506
Email:  Shefali.Aurora@aclu-ia.org

/s/ Nathan A. Mundy
Nathan A. Mundy, AT0009065
Mundy Law Office, P.C.
317 6th Ave., Suite 1300
Des Moines, IA 50309
Telphone: (515)288-1552
Fax: (515) 598-7591
Email: nathan@mundylawdsm.com

/s/Glen S. Downey
Glen S. Downey, AT0012428
The Law Offices of Glen S. Downey, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Telephone: (412) 865-7110
Fax: (515) 259-7599
Email: glen@downey-law.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

Date: August 2, 2021

/s/Rita Bettis Austen
**Rita Bettis Austen**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JALESHA JOHNSON ET AL., <br><br> Plaintiffs, <br> v. <br><br> STEPHAN K. BAYENS ET AL., <br><br> Defendants. | No. 4:20-cv-306 <br><br> SETTLEMENT AGREEMENT |

## SETTLEMENT AGREEMENT

### I. Dismissal and Release

1. This Settlement Agreement and Release ("Settlement Agreement") is made on the 14th day of June, 2021 by and between Jalesha Johnson, Louise Bequeaith, Brad Penna, Brandi Ramus, and Haley Jo Dikkers (hereinafter "Plaintiffs"), and Stephan K. Bayens, Steven Lawrence, Tyson Underwood, and Durk Pearston (hereinafter "Defendants") (collectively, the "Parties").

2. In consideration of Defendants' entry into this Settlement Agreement, and pursuant to its terms, Plaintiffs agree to:

    a. Entry of an Order incorporating this agreement and dismissing all their claims for declaratory or injunctive relief, without prejudice, as set forth in Section III of this Settlement Agreement, below.

    b. Entry of an Order incorporating this agreement and dismissing all their remaining claims for compensatory and punitive damages, with prejudice.

3. In consideration of Plaintiffs' entry into this Settlement Agreement, and pursuant to its terms, Defendants agree to:

    a. Withdraw all verbal and written bans, which Defendants have alternatively referred to as trespass notices and/or trespass warnings, which Defendants previously issued to Plaintiffs and other persons receiving such notices on and after July 1, 2020. Defendants agree to mail written notices to all such Plaintiffs and other persons receiving such notices stating that:

1

      i. Defendants are withdrawing the verbal and written bans which Defendants previously issued on and after July 1, 2020.; and

      ii. The Recipient may continue to enter and use the Iowa Capitol Complex on the same basis and under the same terms as any other law abiding member of the public.

b. Refrain from issuing, verbally and/or in writing, future such bans, which Defendants have alternatively referred to as trespass notices and/or trespass warnings, from the traditional and designated public forum spaces of the Iowa Capitol Complex, according to the following:

      i. Defendants agree that no individual or group of individuals engaged in activities protected by the First Amendment may be banned and/or issued a trespass notice or trespass warning prohibiting them from future use of, or entrance to, the traditional public forum spaces of the Iowa Capitol Grounds. Defendants agree Iowa Code section 716.8(1) does not provide a statutory basis upon which an individual or group of individuals may be banned and/or issued a trespass notice or trespass warning prohibiting them from future use of, or entrance to, the traditional public forum spaces of the Iowa Capitol Grounds.

      ii. This agreement shall not, and is in no way intended to, interfere with or limit in any way any of the following:

          1. the issuance or enforcement of any court Order;
          2. lawful orders to disperse given by law enforcement;
          3. lawful, generally applicable and reasonable time, place, manner restrictions governing the general public's use of the Iowa Capitol Grounds; and/or
          4. lawful arrest or citation of any person for any criminal offense.

c. The Iowa Department of Public safety agrees to continue its training of law enforcement personnel assigned to Iowa State Patrol Post 16 in areas relating to the First Amendment. Counsel for Plaintiffs have been provided information related to the content of the training.

d. Pay $5,000.00 each, meaning $25,000 total, to Jalesha Johnson; Louise Bequeaith; Brad Penna; Brandi Ramus; and Haley Jo Dikkers. Payment shall be mailed to:
    Nate Mundy
    Mundy Law Office, P.C.
    317 6th Ave., Suite 1300
    Des Moines, IA 50309

e. Pay $45,000.00 combined attorney's fees to Plaintiffs' counsel. Payment shall be mailed to:
    Nate Mundy
    Mundy Law Office, P.C.
    317 6th Ave., Suite 1300

Des Moines, IA 50309

## II. Entire Agreement

4. This Settlement Agreement shall constitute the entire integrated agreement of the Parties. No prior drafts or prior contemporaneous communications, oral or written, shall be relevant or admissible for any purpose in this litigation or any other proceeding.

## III. Enforcement and Retention of Jurisdiction

5. The existing Preliminary Injunction entered in the above captioned case shall remain in place and be extended as necessary for the purpose of affording the parties time to request and the Court to consider entry of an Order approving and adopting the Agreement. In the event the Agreement is not accepted and adopted by the Court in whole, the agreement will be considered void and Plaintiffs will have the right to proceed in their litigation against Defendants under the existing Preliminary Injunction.

6. Upon entry into this Settlement Agreement by all Parties, the Plaintiffs will move for a Stipulated Dismissal pursuant to Fed. R. Civ. P. 41(a)(ii):

    a. Approving and adopting this Settlement Agreement;

    b. Incorporating this Settlement Agreement into the Order entered on the uncontested motion;

    c. Retaining jurisdiction to enforce its terms if necessary; and

    d. Dismissing all claims provided in Section I(2)(b), above.

7. In accordance with Fed. R. Civ. P. 65, any Order entered pursuant to this Settlement Agreement shall bind, upon actual notice, the Parties, the Parties' officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with the Parties and their agents.

8. This Settlement Agreement and any Order entered thereon shall be enforceable by all means provided by law. At all times, the Defendants bear the burden of demonstrating full and effective compliance with this Settlement Agreement. Plaintiffs will consult with Defendants and make a good faith attempt to resolve any dispute regarding compliance with this Settlement Agreement before instituting enforcement proceedings with the Court.

AGREED AND EXECUTED by:

All Plaintiffs: Jalesha Johnson; Louise Bequeaith; Brad Penna; Brandi Ramus; and Haley Jo Dikkers

By: Rita Bettis Austen
ACLU of Iowa
505 Fifth Ave., Ste. 808
Des Moines, IA 50309–2317
Telephone: (515) 207-0567
Fax: (515) 243-8506
Email: Rita.Bettis@aclu-ia.org

Attorney for Plaintiffs

_____
Rita Bettis Austen, AT0011558

DATE: June 14, 2021

All Defendants, in their individual and official capacities: Stephan K. Bayens, Steven Lawrence, Tyson Underwood, and Durk Pearston

By: Jeffrey C. Peterzalek
Assistant Attorney General
State of Iowa
1305 East Walnut St., 2nd Fl.
Des Moines, IA 50319
Telephone: (515) 281-4213
Fax: (515) 598 –7591
Email: Jeffrey.Peterzalek@ag.iowa.gov

Attorney for Defendants
_____
Jeffrey C. Peterzalek, AT0006274

DATE: 6/15/21

4