IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JALESHA JOHNSON; LOUISE BEQUEAITH; BRAD PENNA; BRANDI RAMUS; and HALEY JO DIKKERS,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHAN K. BAYENS, COMMISSIONER OF THE IOWA DEPARTMENT OF PUBLIC SAFETY, in his official and individual capacities; LIEUTENANT STEVE LAWRENCE, IOWA STATE PATROL DISTRICT 16 COMMANDER, in his official and individual capacities; SERGEANT TYSON UNDERWOOD, ASSISTANT DISTRICT 16 COMMANDER, in his individual capacity; IOWA STATE PATROL TROOPER DURK PEARSTON, in his individual capacity; and IOWA STATE PATROL TROOPER JOHN DOE #1, in his individual capacity,<br><br>    Defendants. | No. 4:20-cv-00306-RGE-SHL<br><br>**ORDER DISMISSING ACTION AND ADOPTING SETTLEMENT AGREEMENT** |

    Now before the Court is Plaintiffs' motion for an Order dismissing the action and adopting the parties' settlement of this lawsuit on claims brought by Plaintiffs against Defendants. ECF No. 34; *see also* Pls.' Ex. A Supp. Mot. Stipulated Dismissal, ECF No. 34 at 5–8 (executed Settlement Agreement). The parties executed the Settlement Agreement on June 15, 2021, and the Iowa State Appeal Board approved the Settlement Agreement on August 2, 2021. Having reviewed the Settlement Agreement, the Court **FINDS**:

    That the Settlement Agreement is fair, reasonable, and adequate under the circumstances of this lawsuit and is approved.

**IT IS ORDERED** that the Settlement Agreement, incorporated herein by reference, between Plaintiffs and Defendants is approved and adopted.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED** in accordance with the Settlement Agreement.

The parties are responsible for their own costs.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2021.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE